UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

97 LEASING, LLC, ET AL.,

        Plaintiffs,

- against -

MICHAEL FERRUCCI REPAIR, INC.,

        Defendant.

---

24-cv-52 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

The deadline for the plaintiffs to file an Amended Complaint is **April 12, 2024.** The defendant's Answer or Motion to Dismiss is due **May 3, 2024.** If there is a Motion to Dismiss, the deadline to respond is **May 24, 2024.** Any reply is due **June 7, 2024.**

SO ORDERED.

Dated:    New York, New York
           March 19, 2024

                                      John G. Koeltl
                                  United States District Judge