UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
97 LEASING, LLC,

                Plaintiff(s)

            24 civ 52 (JGK)

     -against-

MICHAEL FERUCCI REPAIR, INC.,

                Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for June 11, 2024, at 4:30pm, is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 11, 2024