UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

97 LEASING, LLC, ET AL.,
                Plaintiffs,

    - against -

MICHAEL FERRUCCI REPAIR, INC.,
                Defendant.

24-cv-52 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument in connection with the parties' cross motions for summary judgment, on **Tuesday, January 7, 2025**, at **12:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.
Dated:    New York, New York
            December 12, 2024

                                              /s/ John G. Koeltl
                                                John G. Koeltl
                                          **United States District Judge**