

**THE PRIVATE FIRM**

125 E Third St., Suite 100, Rochester, Michigan 48307 | Main: 248.781.4500 | info@thefirm.net | www.thefirm.net

| REESE SERRA | MATEUSZ WOZNIAK | DANIEL MARCHESE | BRIAN HARRISON |
|---|---|---|---|
| Attorney and Founder | Attorney and Counselor | Attorney and Counselor | Of Counsel |
| 248.781.4501 | 248.781.4502 | 248.781.4506 | 517.881.5331 |
| reese@thefirm.net | matt@thefirm.net | dan@thefirm.net | brian@thefirm.net |
| Licensed in MI and NY | | | |

December 13, 2024,                                                          <u>*Via PACER E-filing System*</u>

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York, 10007-1312

*[Handwritten annotation: Adjourned to Wednesday, January 29, 2025 at 11:30AM. Dial-in: 646-453-4442 Conference ID: 675 278 33#. The Court is not inclined to adjourn into February 2025.*

*SO ORDERED. 12/16/24 /s/ John G. Koeltl]*

RE:   97 Leasing, LLC et al. v. Michael Ferrucci Repair, Inc., 24-cv-0052(JGK)-
         Request for Adjournment.

Hon. John G. Koeltl,

Attorney Reese Serra of The Private Firm represents Plaintiffs 97 Leasing, LLC and Anglin Civil, LL ("Plaintiffs") in the above-referenced action. We write in accordance with Your Honor's Individual Practices to request an Adjournment of Oral Argument in connection with the parties' cross-motions for Summary Judgment, currently scheduled for January 7, 2025, at 12:00 pm. Counsel for the Plaintiff, Reese Serra, will be in Court in Michigan on January 7, 2025, and as such, will be unable to travel to the Southern District of New York to appear in person for Oral Argument.

Whereas Oral Argument has been scheduled for January 7, 2025, and no other requests for adjournment have been requested, both parties having consented to the request, as displayed by the undersigned signatures. The parties respectfully request that this Honorable Court adjourn Oral Argument currently scheduled on January 7, 2025, to a date and time set by the Court after February 6, 2025, but not during President's Week. This adjournment does not affect any other scheduled dates.

Consent of counsel to adjourn the January 7, 2025 hearing:

<u>/s/ Reese Serra</u>                                  <u>/s/ Mark Berman (signed with permission)</u>
REESE SERRA (P74482-Michigan          MARK A. BERMAN
and 6074496 – New York)                     mberman@bsk.com
info@thefirm.net                                     Bond, Schoeneck & King PLLC
The Private Firm                                     Counsel for Defendants
Counsel for Plaintiffs

Very truly yours,

Reese Serra, Esq.