UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

97 LEASING, LLC, ET AL.,

              Plaintiffs,        24-cv-52 (JGK)

    - against -                ORDER

MICHAEL FERRUCCI REPAIR, INC.,

              Defendant.

JOHN G. KOELTL, District Judge:

    At oral argument held today, the Court granted in part and denied in part the defendant's motion to dismiss. Accordingly, the Clerk is respectfully directed to close ECF No. 21.

SO ORDERED.

Dated:    New York, New York
           January 29, 2025

                                        John G. Koeltl
                              United States District Judge