UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

97 LEASING, LLC, ET AL.,

                Plaintiffs,         24-cv-52 (JGK)

    - against -                   ORDER

MICHAEL FERRUCCI REPAIR, INC.,

                Defendant.
---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a revised Rule 26(f) report by **February 7, 2025.**

SO ORDERED.

Dated:    New York, New York
           January 29, 2025

                                            John G. Koeltl
                                      United States District Judge