USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____5/14/2025____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**97 Leasing, LLC, et al.,**

                                    **Plaintiffs,**

                -against-

**Michael Ferrucci Repair, Inc.,**

                                    **Defendant.**

**1:24-cv-00052 (JGK) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference yesterday with the parties, and for the reasons stated on the record, Defendant's Letter Motion filed at ECF No. 55 is GRANTED IN PART and DENIED IN PART. It is hereby ORDERED that no later than May 28, 2025, Plaintiffs shall produce the following documents in response to Defendant's Request Nos. 9, 10, 16 and 17:

1. Documents reflecting repairs to the three snow melter machines that are the subject of the Amended Complaint (the "Melters"), including invoices reflecting the costs of and dates of such repairs.

2. Documents reflecting the usage of the Melters, including documents reflecting when the Melters were used, who operated them and what problems, if any, arose during their usage.

3. Documents of the type described in Paragraph 2 for any snow melters that Plaintiffs used to replace and/or supplement the Melters.

It is further ORDERED that Plaintiffs shall be precluded from using during motion practice or at trial any documents that are responsive to Paragraphs 1-3 that are not timely produced in accordance with this Order.

**SO ORDERED.**

Dated:      New York, New York
             May 14, 2025

                                        _____
                                        STEWART D. AARON
                                        United States Magistrate Judge