USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 97 Leasing, LLC, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Michael Ferrucci Repair, Inc., <br><br> Defendant. | 1:24-cv-00052 (JGK) (SDA) <br><br> **ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Friday, June 13, 2025, at 2:00 p.m. to address the Letter Motion filed at ECF No. 74. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:   New York, New York
         June 5, 2025

_____
STEWART D. AARON
United States Magistrate Judge