USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

97 Leasing, LLC, et al.,

                Plaintiffs,

-against-

Michael Ferrucci Repair, Inc.,

                Defendant.

1:24-cv-00052 (JGK) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Following a telephone conference today with the parties, and for the reasons stated on the record, Plaintiffs' Letter Motion filed at ECF No. 74 is DENIED.

**SO ORDERED.**

Dated:    New York, New York
             June 13, 2025

_____
STEWART D. AARON
United States Magistrate Judge