

# THE PRIVATE FIRM

125 E Third St., Suite 100, Rochester, Michigan 48307 | Main: 248.781.4500 | info@thefirm.net | www.thefirm.net

| REESE SERRA | MATEUSZ WOZNIAK | DANIEL MARCHESE | BRIAN HARRISON | LEONARD RAYKINSTEEN |
|---|---|---|---|---|
| Attorney & Founder | Attorney & Counselor | Attorney & Counselor | Of Counsel | Of Counsel |
| 248.781.4501 | 248.781.4502 | 248.781.4506 | 517.881.5331 | 248-920-9797 |
| reese@thefirm.net | matt@thefirm.net | dan@thefirm.net | brian@thefirm.net | leonard@thefirm.net |

August 11, 2025,   <u>*Via PACER E-filing System*</u>

Hon. John G. Koeltl
Magistrate Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York, 10007-1312

```
Application Granted. SO ORDERED.

Dated:   August 12, 2025         /s/ John G. Koeltl
         New York, New York      John G. Koeltl, U.S.D.J.
```

      RE:    **97 Leasing, LLC et al. v. Michael Ferrucci Repair, Inc., 24-cv-0052(JGK)-
              Joint Motion to Adjourn, Summary Disposition dates.**

Hon. John G. Koeltl and Mag. Stewart Aaron,

      Attorney Reese Serra of The Private Firm, representing Plaintiffs 97 Leasing, LLC and Anglin Civil, LLC ("Plaintiffs"), respectfully submits this letter pursuant to Your Honor's Individual Practices and Local Rule 7.1 to request a three (3) week adjournment of the current Summary Judgment deadlines. Counsel for Plaintiffs, Attorney Reese Serra, will be relocating in early September. Given the size of his family, six children, additional time is necessary both to settle into his new residence and to adequately prepare Plaintiffs' motion for summary judgment. Pursuant to the February 6, 2025, Scheduling Order, Dispositive motions are due on September 12, 2025, with Responses due on October 3, 2025 and Replies due on October 17, 2025. **See <u>Exhibit A</u>.- February 6, 2025, Scheduling Order.** I have consulted with and Mark Berman of Bond, Schoeneck & King PLLC, representing Defendant Michael Ferrucci Repair, Inc. ("Defendant"). Defendant, who also intends to file a motion for summary judgment, consents to Plaintiffs' request for an adjournment.

      Whereas the Court's February 6, 2025, Order provides that Dispositive motions shall be filed by September 12, 2025, the Plaintiff submits, with Defendant's consent, that additional time is warranted. In light of this deadline, and the fact that counsel for Plaintiffs will be relocating to a new residence with his family during the same week, both Parties agree that an extension is necessary to allow for the adequate preparation of their respective summary judgment motions. The Parties have complied with all the other deadlines in the Order, having completed fact discovery on July 18, 2025, and expert discovery on August 8, 2025.

      Accordingly, the Plaintiff respectfully requests, with the consent of Defendant, that the Court grant this Motion on Consent to Adjourn the Dispositive Motion deadlines by three (3) weeks, such that the deadline for filing dispositive motions will be October 3, 2025; responses to dispositive motions will be due on October 24, 2025; and replies will be due on November 7, 2025.

Dated: August 11, 2025

                                                                       */s/ Reese Serra*
                                                             REESE SERRA (P74482-Michigan
                                                             and 6074496 – New York)
                                                             info@thefirm.net
                                                             The Private Firm
                                                             Counsel for Plaintiffs

# EXHIBIT A

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

97 LEASING, LLC,
a Michigan limited liability company
and ANGLIN CIVIL, LLC, a Michigan
limited liability company

      Plaintiffs,

v.

MICHAEL FERRUCCI REPAIR, INC.,
a New York corporation

      Defendant.

Case No. 24-cv-00052-JGK

Hon. John G Koeltl

*Scheduling Order -*

---

## REVISED JOINT RULE 26(F) REPORT AND PROPOSED DISCOVERY PLAN

Counsel for the parties, having conferred pursuant to Federal Rule of Civil Procedure 26(f) hereby submit this Revised Joint Rule 26(f) Report and Proposed Discovery Plan.

1. Any motion to amend the pleadings or to join additional parties shall be filed within 60 days of the Court's decision on Defendant's Motion to Dismiss.

2. Initial Disclosures pursuant to Fed. R. Civ. 26(a)(1) shall be completed by the parties, no later than 30 days after Defendant's Answer is filed.

3. The parties have agreed on the proposed schedule listed below:

    a. ~~Non-~~Expert discovery [*All*] *(including expert discovery)* shall be completed by July 18, 2025.

Page 1 of 3

  b. Expert Discovery:

    i. Expert Reports shall be exchanged no later than September 18, 2025.

    ii. All expert discovery shall be completed by November 17, 2025.

    iii. Rebuttal expert reports shall be exchanged no later than October 17, 2025.

  c. Dispositive motions:

    i. Dispositive motions shall be filed by ~~December 15, 2025~~ September 12, 2025

    ii. Response to dispositive motions shall be filed by ~~January 15, 2026~~ October 3, 2025

    iii. Replies in support of dispositive motions shall be filed by ~~January 30, 2026~~ October 17, 2025.

4. The subjects upon which discovery may be needed include but are not limited to, the allegations in Plaintiff's Complaint and Defendant's defenses.

5. Discovery should not be conducted in phases or be limited to or focused on particular issues.

6. The parties have not identified any issues about disclosure or discovery of electronically stored information.

7. The parties have not identified any issues about claims of privilege or

of protection as trial-preparation materials.

8. The parties have not identified any need to impose any additional limitation on discovery.

9. The parties have not identified any order that the Court should issue under Rule 26(c) or Rule 16(b) and (c).

10. The parties do not consent to proceedings before a United States Magistrate Judge.

Dated: February 6, 2025

/s/ Reese Serra
REESE SERRA (P74482-Michigan and 6074496 – New York)

THE PRIVATE FIRM PLLC
Mateusz Wozniak (P78554 - Michigan)
**Attorneys for Plaintiffs**
125 E. Third Street, Suite 100
Rochester, Michigan 48307
(248) 781-4501
info@thefirm.net

Respectfully Submitted,

/ s/ Mark Berman
MARK A. BERMAN (239954)

BOND SCHOENECK & KING
**Attorney for Defendant**
600 3rd Ave Fl 22,
New York, NY, 10016
(646) 253-2356
mberman@bsk.com

The parties should file a Joint Pre-Trial Order together with Motions-in-Limine, and proposed jury instructions and requests to charge within 21 days after decision of any dispositive Motion. Ready-Trial, 48 hours notice 21 days after submission of the Joint Pre-Trial Order.

SO ORDERED:

_____
DISTRICT COURT JUDGE
2/7/25