UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

97 LEASING, LLC, ET AL,

Plaintiffs,

- against -

MICHAEL FERRUCCI REPAIR, INC.,

Defendant.

24-cv-52 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The time to file a joint pre-trial order, together with motions in limine, proposed jury instructions, and requests to charge was Friday, October 2, 2026. See ECF No. 42 (directing the parties to file these submissions 21 days after the Court's decision on any dispositive motions); ECF No. 115 (deciding the parties' cross-motions for summary judgment on Friday, September 11, 2026). No such submissions have been filed.

The parties' time to file a joint pre-trial order, together with motions in limine, proposed jury instructions, and requests to charge is extended to **October 16, 2026**.

**SO ORDERED.**

**Dated:** New York, New York
October 5, 2026

John G. Koeltl
United States District Judge