UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
97 LEASING, LLC, et al.,
Plaintiff(s)

24 civ 52 (JGK)

-against-

MICHAEL FERRUCCI REPAIR, INC.,
Defendant(s).
-------------------------------------------------------------X

**ORDER**

The status conference scheduled for Tuesday, November 3, 2026, at 4:00pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
October 27, 2026